IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MUJIHAD ABDULLAH, )
)
    Petitioner, )
)
v. ) NO. CV 97-S-3309-E
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

FILED
98 OCT 21 AM 11:
U.S. DISTRICT COU
N.D. OF ALABAM

ENTERED

OCT 21 1998

## MEMORANDUM OF OPINION

On September 30, 1998, the magistrate judge assigned this matter entered a Report and Recommendation. It was recommended that the petitioner's application for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be denied and dismissed. After the report was filed, the petitioner did not submit any objections. Instead, he filed a motion to withdraw his application. (Doct. 14).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

Premised on the foregoing, the court also concludes that the petitioner's motion to withdraw his application for a writ of habeas corpus is due to be denied.

15

DONE, this 21st day of October, 1998.

*[signature]*
UNITED STATES DISTRICT JUDGE